# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Civil File No. 01-1699 PAM/JGL

Plaintiffs,

vs.

**INJUNCTION**

Tovey Tile Company, Inc., a Minnesota corporation, d/b/a Tovey Tile Installations Company; and Scott M. Tovey,

Defendants.

Pursuant to this Court's Order dated December 14, 2001:

1. Defendants, and each of them, are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.

2. Defendants, and each of them, are to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendants, and each of them, shall cooperate in all ways with this audit.

4. Defendants, and each of them, are required to post with Plaintiffs' TPA a cash or surety bond in an amount determined by Plaintiffs of not less than $30,000.00 to the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Twin City Bricklayers Health and Welfare Fund; the Twin City Bricklayers Vacation

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund.

5. Defendants, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: December 14, 2001

Paul A. Magnuson
United States District Judge