# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund

Case No. Civil 01-1699 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Tovey Tile Company, a Minnesota corporation, d/b/a/ Tovey Tile Installations Company, and Scott M. Tovey

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

The Clerk of Court shall enter judgment in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $31,777.76.

DATE: July 3, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

12